James GANT, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 38200.

Missouri Court of Appeals,
Western District.

Nov. 12, 1986.

Janet M. Thompson, Columbia, for appellant.

William L. Webster, Atty. Gen., Timothy W. Anderson, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and MANFORD and BERREY, JJ.

ORDER

Appeal from denial of successive Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).